NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOALERT, INC.,**
*Plaintiff-Appellee,*

v.

**DEALERSOCKET, INC.,**
*Defendant-Appellant.*

---

2014-1560

---

Appeal from the United States District Court for the Central District of California in No. 8:13-cv-00657-SJO-JPR, Judge James S. Otero.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

DealerSocket, Inc. moves for a stay, pending disposition of this appeal, of proceedings before the district court.

Upon consideration thereof,

It Is Ordered That:

    (1)  DealerSocket's motion for stay pending appeal is denied.

    (2)  Briefing in this case will be expedited. DealerSocket's opening brief on the merits of the appeal is due no later than July 14, 2014. AutoAlert's brief is due no later than August 4, 2014. DealerSocket's reply brief and the joint appendix are due no later than August 11, 2014. Oral argument, if deemed necessary by the court, will be scheduled by subsequent order.

                                                                        FOR THE COURT

                                                                      /s/ Daniel E. O'Toole
                                                                      Daniel E. O'Toole
                                                                       Clerk of Court